UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

PEOPLE WHO CARE YOUTH CENTER, INC.

PEOPLE WHO CARE YOUTH CENTER, INC.,

Plaintiff,

v.

AMMEC, INC., and GRETA CURTIS,

Defendants.

**Case No. 2:25-cv-12376-AB**
Bk. Case No. 2:18-bk-10290-RK

Chapter 11

Adversary Proceeding 2:18-ap-01139-RK

**JUDGMENT**

Pursuant to the Order Accepting Revised Proposed Findings of Fact and Conclusions of Law, **FINAL JUDGMENT** is hereby **ENTERED** in favor of Defendants Ammec, Inc., and Greta Curtis on Plaintiff People Who Care Youth Center, Inc.'s First Cause of Action (Slander of Title).

**SO ORDERED.**

Dated: March 3, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1